UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EVERETT G. THORNTON, JR.

VERSUS                                                    CIVIL ACTION NO.: 08-111-JVP-CN

CORNEL H. HUBERT

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland (doc. 12). Plaintiff has filed two documents that he entitles "Response to the Opposition to Petitioner's Writ of Habeas Corpus" (doc. 13) and "Motion for Reconsideration and Review" (doc. 14) which the court accepts as objections to the report and recommendation. These two documents merely restate legal argument and do not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 5) filed by Everett G. Thornton, Jr., shall be **DISMISSED WITH PREJUDICE**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 18, 2008.

                                                  JOHN V. PARKER
                                                  UNITED STATES DISTRICT JUDGE
                                                  MIDDLE DISTRICT OF LOUISIANA